edwardsiguenzaind

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

*ORIGINAL

FILED
DISTRICT COURT OF GUAM

AUG -2 2006

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00026 |
| Plaintiff, | **INDICTMENT** |
| | |
| | **FELON IN POSSESSION** |
| | **OF A FIREARM** |
| EDWARD G.I. SIGUENZA, | [18 U.S.C. §§ 922(g)(1) & 924(a)(2)] |
| Defendant. | |

THE GRAND JURY CHARGES:

On or about February 11, 2005, in the District of Guam, EDWARD G.I. SIGUENZA the defendant, having been convicted in the United States District Court for the District of Guam on or about January 29, 1999, of a crime punishable by imprisonment for a term exceeding one year, and having been convicted in the Superior Court of Guam, on or about February 9, 1999, in Criminal Case No. CF86-99, of a crime punishable by imprisonment for a term exceeding one year, possessed in and affecting commerce a firearm, to wit: a Maverick, 12 gauge pump

//

-1-

shotgun, Serial number MV32754A, which had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED this 2nd day of August, 2006.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA SAN NICOLAS
Assistant U.S. Attorney

Approved:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney

-2-