# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number __06-00026__
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

**Juvenile: Yes ____ No _X_**   **Matter to be sealed: ____ Yes _x_ No**

Defendant Name _____Edward G.I. Siguenza_____

Alias Name _____

Address _____

_____Chalan Pago, Guam_____

Birthdate __xx/xx/1962__ SS# __xxx-xx-0691__ Sex __M__ Race __PI__ Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA _____Rosetta San Nicolas_____

Interpreter: __X__ No ____ Yes   List language and/or dialect: _____

**RECEIVED**
**AUG - 2 2006**
**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 922(g)(1) & 924(a)(2) | Felon in Possession of a Firearm | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: _____   Signature of AUSA: _____[signature]_____

**ORIGINAL**