LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
AUG -2 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00026 |
| Plaintiff, ) | |
| vs. ) | **ORDER TO SEAL RECORD** |
| EDWARD G.I. SIGUENZA, ) | |
| Defendant. ) | |

Through an application to seal record having come before this Honorable Court and the Court finding good cause for the issuance of the order;

IT IS SO ORDERED that the record is sealed.

August 2, 2006
DATE

*James Ware*
James Ware
Designated Judge
District Court of Guam

ORIGINAL