1  edsiguenzauns

2  LEONARDO M. RAPADAS
United States Attorney
3  ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
5  Hagåtña, Guam 96910
Tel: (671) 472-7332
6  Fax: (671) 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG 29 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00026 |
|---|---|
| Plaintiff, | ) |
| vs. | ) **APPLICATION TO UNSEAL RECORD** |
| EDWARD G.I. SIGUENZA, | ) |
| Defendant. | ) |

The United States moves this Honorable Court for an order unsealing the record in the above-entitled case for the reason that investigation in this matter is now complete.

Respectfully submitted this _____ day of _August_ 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney