AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of **GUAM**

UNITED STATES OF AMERICA

V.

**EDWARD G.I. SIGUENZA**

**WARRANT FOR ARREST**

Case Number: CR-06-00026

**FILED**
DISTRICT COURT OF GUAM
FEB - 6 2007
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to __**EDWARD G.I. SIGUENZA**__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

**FELON IN POSSESSION OF A FIREARM**

in violation of Title __18__ United States Code, Section(s) __922(g)(1) & 924(a)(2)__

**LEILANI R. TOVES HERNANDEZ**
Name of Issuing Officer

Signature of Issuing Officer

**DEPUTY CLERK**
Title of Issuing Officer

**August 3, 2006; HAGATNA, GUAM**
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

San Diego, CA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 01/31/2007 | ATF San Diego CA | |

ORIGINAL

AO 442 (Rev. 12/85) Warrant for Arrest

# THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: **EDWARD G.I. SIGUENZA**

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____