edsiguenzadismiss

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

JUN 2 0 2007

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00026 |
| Plaintiff, | ) |
| | ) **MOTION TO DISMISS** |
| vs. | ) **INDICTMENT** |
| EDWARD G.I. SIGUENZA, | ) |
| Defendant. | ) |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Indictment in the above cause against defendant, EDWARD G.I. SIGUENZA, be dismissed without prejudice, in the interest of justice.

Respectfully submitted this _____ 20th _____ day of June 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

ORIGINAL