EGISiguenza.ODI

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
Tel: (671) 472-7332
Fax: (671) 472-7334

Attorneys for the United States of America

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF GUAM**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 06-00026 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER TO DISMISS INDICTMENT** |
| EDWARD G.I. SIGUENZA, | ) | |
| Defendant. | ) | |

The United States' Motion to Dismiss the Indictment as to defendant, EDWARD G.I. SIGUENZA, is hereby granted.

SO ORDERED.

/s/ **Frances M. Tydingco-Gatewood**
     **Chief Judge**
**Dated: Jun 21, 2007**